IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KATHLEEN KERRIGAN, ANTHONY HOLIDAY, MICHAEL J. McSHEA, TARIQ MANGUM, RENEE CROSBY, and CAROLYN DAVENPORT, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 07-CV-687 |
| | Class Action |
| THE CITY OF PHILADELPHIA; MARGARET TARTAGLIONE, ANTHONY CLARK and JOSEPH J. DUDA, in their official capacities as Philadelphia City Commissioners; PENNSYLVANIA DEPARTMENT OF STATE and PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth, | |
| Defendants. | |

_____

**PLAINTIFFS' MOTION FOR CONTEMPT**

Plaintiffs and the Class, through their counsel, submit this Motion for Contempt against Defendants City of Philadelphia and the Philadelphia City Commissions (collectively, City Defendants).  The City Defendants have violated the Settlement Agreement, which was incorporated by reference into the Court's July 14, 2009 Order approving the Settlement Agreement.  Specifically, the City Defendants during both the primary and general elections in 2010 failed to implement many of the temporary modifications to make polling places accessible to voters with mobility disabilities -- modifications that they had previously agreed to implement in those elections.  The City Defendants' failure to implement the agreed-upon temporary modifications contravenes the

Settlement Agreement and, thus, violates the Court's Order. Plaintiffs and the Class seek civil contempt sanctions appropriate to assure the City Defendants' future compliance and to compensate Plaintiffs for their efforts to monitor and secure compliance.

In support of this Motion, Plaintiffs submit a Memorandum of Law, which is incorporated by reference, and request an evidentiary hearing and argument.

                                            Respectfully submitted,

Dated: December 17, 2010        By:    /s/ Robert W. Meek
                                                  Robert W. Meek
                                                  PA Attorney I.D. No. 27870
                                                  Robin Resnick
                                                  PA Attorney I.D. No. 46980
                                                  Disability Rights Network of PA
                                                  1315 Walnut Street, Suite 500
                                                  Philadelphia, PA  19107-4705
                                                  (215) 238-8070

                                         By:    /s/ Stephen F. Gold
                                                  Stephen F. Gold
                                                  PA Attorney I.D. No. 09980
                                                  1709 Benjamin Franklin Parkway
                                                  2nd Floor
                                                  Philadelphia, PA 19103
                                                  (215) 627-7100

                                                  Counsel for Plaintiffs and the Class

## **CERTIFICATE OF SERVICE**

I, Robert W. Meek, certify that Plaintiffs' Motion for Contempt, Memorandum of Law, Request for Hearing and Argument, and proposed Order were filed with the Court's ECF system on December 17, 2010 and are available for viewing and downloading from the ECF system by the following counsel who consented to electronic service:

Robert Aversa, Esquire
Assistant City Solicitor
City of Philadelphia Law Department
City Solicitor's Office
One Parkway
1515 Arch Street, 15th Floor
Philadelphia, PA  19102-1595

Sue Ann Unger, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA  19107

/s/ Robert W. Meek
Robert W. Meek